# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2678

_____

Corrine L. Barker,

        Appellant,

Joseph G. Barker,

        Plaintiff,

    v.

Texaco, Inc., a Delaware Corporation
registered to do business in the State
of Missouri; L and E Martin Oil
Company, Inc., a Missouri Corporation;
James Eberle Corporations,

        Defendants,

Larry Bellamy,

        Appellee.

Appeal from the United States
District Court for the
Western District of Missouri.

[UNPUBLISHED]

_____

Submitted: September 29, 2005
Filed: September 30, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this diversity action, Corinne Barker appeals the district court's[1] judgment entered upon a jury verdict in favor of defendant. On appeal, Barker mainly complains that the adverse outcome was related to her poor legal representation, but this type of argument does not support reversal in this civil action. See Watson v. Moss, 619 F.2d 775, 776 (8th Cir. 1980) (per curiam) (there is no constitutional or statutory right to effective assistance of counsel in civil case). Therefore, having reviewed the record and Barker's arguments on appeal, we affirm the judgment of the district court. See 8th Cir. R. 47B.

————————————————

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.